# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO. 6:21-mj-1047-EJK

**JOSEPH RANDALL BIGGS**

AUSA: Karen Gable
FPD: Michael Ryan

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **January 20, 2021**<br>3:08 P.M.- 3:38 P.M.<br>30 minutes |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE
### (Rule 5C - District of Columbia)

**Defendant was arrested today**

Case called, appearances made, procedural setting by the Court.
Government advises defendant of the charges in the Complaint and potential penalties
Court advises defendant of his rights, including Rule 20 rights.
Defendant requests court appointed counsel for this hearing; Court appoints FPD for this hearing; Order to enter.
Defendant waives Rule 5 & 5.1 hearings.
Government is not seeking detention.
Court raises concern as to the safety of the community/obstruction of justice; Government and defense respond.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises of Due Process Protection Act.
Court adjourned.