# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                           **CASE NO: 6:21-mj-1047-EJK**

**JOSEPH RANDALL BIGGS**

                                     **Charging District's Case No.**

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint)

I, **Joseph Randall Biggs**, understand that I have been charged in another district, the District of Columbia. I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

☐ an identity hearing and production of the warrant

☐ a preliminary hearing

☐ a detention hearing

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

January 20, 2021

                                                 Defendant's Signature

                                                 Signature of defendant's attorney

                                                 Printed name of defendant's attorney