**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

**VS.**                                      **CASE NO: 6:21-mj-1047-EJK**

**JOSEPH RANDALL BIGGS**

---

**NOTICE OF SURRENDERED U.S. PASSPORT**

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on January 20, 2021 in the above styled case, the Defendant's passport, **Number 536415609** was surrendered to the custody of the Clerk of Court on January 22, 2021. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | January 8, 1984 |
| Defendant's place of birth: | North Carolina, USA |
| Passport received from: | Charles Sweatt-Pretrial Services |
| Passport issued to: | Joseph Randall Biggs |
| Date of issuance: | April 23, 2015 |

ELIZABETH M. WARREN, CLERK

By *S. M.*
S. M., Deputy Clerk

January 22, 2021

Original to Case File
c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator