**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**UNITED STATES OF AMERICA**

vs.                                                                                           **Our Case No. 6:21-mj-1047-EJK**

**JOSEPH RANDALL BIGGS**

---

# NOTICE OF TRANSFERRING SURRENDERED PASSPORT
# TO ANOTHER DISTRICT

**PURSUANT** to the Court's order entered in the above styled case, the Defendant's passport was surrendered to the custody of the Clerk of Court. The defendant was ordered to appear in the United States District Court, District of Columbia where the prosecution is pending. The passport is therefore transmitted to your district.

ELIZABETH M. WARREN, CLERK

By *Tiffany Palmer*
Tiffany Palmer, Deputy Clerk

January 22, 2021

c: Passport file